# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 18-0538-CG-B |
| ANGIE FERGUSON, et al., ) ) | |
| Defendants. ) | |

## ORDER

This action having settled during the settlement conference held by Magistrate Judge Bivins on April 8, 2019, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate those claims within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE and ORDERED** this 9th day of April, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE